AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Massachusetts

| | | |
|---|---|---|
| United States of America<br>v.<br><br>CAVELL C. TYRELL<br><br>Defendant | )<br>)<br>)<br>)<br>)<br>) | Case No.   PO 09-0413-RBC-1 |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   CAVELL C. TYRELL                                                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☐ Complaint
☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☒ Violation Notice        ☒ Order of the Court

This offense is briefly described as follows:

VIOLATION NOTICE: 1167488, Possession of a controlled substance on NPS lands in violation of 36 CFR 2.35(b)(2) as to CAVELL C TYRELL

AND FAILURE TO APPEAR ON 10/8/08 AS ORDERED.

Date:   04/21/2009

*Issuing officer's signature*

City and state:   Boston, Massachusetts                Robert B. Collings, US Magistrate Judge
                                                                                    *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____<br>at *(city and state)*   _____.<br><br>Date:   _____                                    _____<br>                                                                                                *Arresting officer's signature*<br><br>                                                                                                _____<br>                                                                                                *Printed name and title* |

Paied Outstanding Fines.   Case is closed